```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $9,960.00 IN U.S. CURRENCY,<br><br>             Defendant. | 2:05-MC-00035 DFL<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　　It is hereby stipulated by and between the United States of America and claimants Ramon Ramirez and Osbaldo Ramirez ("Claimants"), by and through their respective attorney, as follows:

　　　1.  On or about December 20, 2004, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $9,960.00 in U.S. Currency (the "currency"), which was seized on or about September 22, 2004.

　　　2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants have filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   By Stipulation and Order filed March 22, 2005, the parties stipulated to extend to July 11, 2005, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5.   By Stipulation and Order filed July 20, 2005, the parties stipulated to extend to October 11, 2005, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

6.   By Stipulation and Order filed October 18, 2005, the parties stipulated to extend to December 16, 2005, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

1    7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2 by agreement to further extend to March 16, 2006, the time in which
3 the United States is required to file a civil complaint for
4 forfeiture against the currency and/or to obtain an indictment
5 alleging that the currency is subject to forfeiture.
6    8.  Accordingly, the parties agree that the deadline by which
7 the United States shall be required to file a complaint for
8 forfeiture against the currency and/or to obtain an indictment
9 alleging that the currency is subject to forfeiture shall be
10 extended to March 16, 2006.

DATED: 12-16-05                McGREGOR W. SCOTT
                               United States Attorney

                                /s/ Phillip A. Talbert
                               PHILLIP A. TALBERT
                               Assistant U.S. Attorney


DATE: 12-9-05                  /s/ Jan David Karowsky
                               JAN DAVID KAROWSKY
                               Attorney for Claimant Ramon Ramirez


DATE: 12/13/05                 /s/ Michael Long
                               MICHAEL LONG
                               Attorney for Claimant Osbaldo Ramirez


                               (Original signatures retained by
                                  Attorney)

**IT IS SO ORDERED.**


DATE: 12/19/2005               /s/ David F. Levi
                               DAVID F. LEVI
                               United States District Judge

3