```
1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $9,960.00 IN U.S. CURRENCY,<br><br>       Defendant. | 2:05-MC-00035 DFL<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

   It is hereby stipulated by and between the United States of America and claimants Ramon Ramirez and Osbaldo Ramirez ("Claimants"), by and through their respective attorney, as follows:

   1. On or about December 20, 2004, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $9,960.00 in U.S. Currency (the "currency"), which was seized on or about September 22, 2004.

   2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person

1  to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the Claimants have filed a claim to the
3  currency as required by law in the administrative forfeiture
4  proceeding.
5       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the currency
7  and/or to obtain an indictment alleging that the currency is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12      4.   By Stipulation and Order filed March 22, 2005, the parties
13 stipulated to extend to July 11, 2005, the time in which the United
14 States is required to file a civil complaint for forfeiture against
15 the currency and/or to obtain an indictment alleging that the
16 currency is subject to forfeiture.
17      5.   By Stipulation and Order filed July 20, 2005, the parties
18 stipulated to extend to October 11, 2005, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the currency and/or to obtain an indictment alleging that
21 the currency is subject to forfeiture.
22      6.   By Stipulation and Order filed October 18, 2005, the
23 parties stipulated to extend to December 16, 2005, the time in
24 which the United States is required to file a civil complaint for
25 forfeiture against the currency and/or to obtain an indictment
26 alleging that the currency is subject to forfeiture.
27
28

1          7.   By Stipulation and Order filed December 20, 2005, the
2  parties stipulated to extend to March 16, 2006, the time in which
3  the United States is required to file a civil complaint for
4  forfeiture against the currency and/or to obtain an indictment
5  alleging that the currency is subject to forfeiture.
6          8.   By Stipulation and Order filed March 20, 2006, the parties
7  stipulated to extend to June 16, 2006, the time in which the United
8  States is required to file a civil complaint for forfeiture against
9  the currency and/or to obtain an indictment alleging that the
10 currency is subject to forfeiture.
11         9.   By Stipulation and Order filed June 16, 2006, the parties
12 stipulated to extend to September 15, 2006, the time in which the
13 United States is required to file a civil complaint for forfeiture
14 against the currency and/or to obtain an indictment alleging that
15 the currency is subject to forfeiture.
16         10.  By Stipulation and Order filed September 15, 2006, the
17 parties stipulated to extend to December 15, 2006, the time in
18 which the United States is required to file a civil complaint for
19 forfeiture against the currency and/or to obtain an indictment
20 alleging that the currency is subject to forfeiture.
21         11.  By Stipulation and Order filed December 12, 2006, the
22 parties stipulated to extend to March 15, 2007, the time in which
23 the United States is required to file a civil complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 alleging that the currency is subject to forfeiture.
26         12.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
27 by agreement to further extend to May 15, 2007, the time in which
28                                    3

1 the United States is required to file a civil complaint for
2 forfeiture against the currency and/or to obtain an indictment
3 alleging that the currency is subject to forfeiture.
4     13.  Accordingly, the parties agree that the deadline by which
5 the United States shall be required to file a complaint for
6 forfeiture against the currency and/or to obtain an indictment
7 alleging that the currency is subject to forfeiture shall be
8 extended to May 15, 2007.

9 DATED: 3-12-07                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Phillip A. Talbert
                                PHILLIP A. TALBERT
                                Assistant U.S. Attorney


14 DATED: 3-12-07                /s/ Jan David Karowsky
                                JAN DAVID KAROWSKY
                                Attorney for Claimant Ramon Ramirez


17 DATED: 3-15-07                /s/ Tim Gomes
                                TIM GOMES
                                Attorney for Claimant Osbaldo Ramirez

                                (Original signatures retained by
                                attorney)

21     **IT IS SO ORDERED.**

23 DATE:   April 2, 2007         /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

4